# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARRON NEWSOME,<br><br>        Petitioner,<br>    vs.<br><br>S.J. RYAN, Warden; BILL LOCKYER, Attorney General of the State of California,<br><br>        Respondents. | CASE NO. 05-CV-1534 – IEG (RBB)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH PREJUDICE**<br><br>**[Doc. No. 1]** |

On August 1, 2005, Mario Arron Newsome ("petitioner"), a state inmate proceeding by and through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 1.) Petitioner, in his petition, claims that: (1) the trial court violated the Confrontation Clause of the Sixth Amendment by allowing the use of the detective's prior reports to impeach witnesses' failure to recall conversations; (2) his conviction was obtained through juror misconduct because three jurors considered out-of-court evidence; (3) the prosecution knowingly introduced perjured testimony as evidenced by inconsistencies in a witness's testimony at the first trial and the retrial; (4) the prosecution's investigator perjured himself at the retrial; (5) the trial court violated his due process rights by refusing to dismiss the case because the police destroyed evidence following the first trial; (6) the trial court erred by improperly instructing the jury on felony murder; (7) the trial court violated the Confrontation Clause of the Sixth Amendment by allowing a witness to

1  introduce statements from a police report regardless of another witness's failure to recall the
2  statements; (8) he received ineffective assistance of appellate counsel.
3        The case was referred to United States Magistrate Judge Ruben B. Brooks, pursuant to 28
4  U.S.C. § 636(b)(1)(B) and Local Rule HC.2(a).  On August 11, 2006, Magistrate Judge Brooks
5  issued a Report and Recommendation ("Report") recommending that the Court deny the petition.
6  The court, having reviewed de novo the Magistrate Judge's Report, and there being no objections
7  filed to the Report, **ADOPTS** the report and recommendation in full and **DENIES** the petition for
8  habeas corpus with prejudice.  Per the Report, the Clerk of Court shall modify the docket in this
9  case to **REMOVE** Bill Lockyer from the case, as there is no basis for petitioner to have named the
10 California Attorney General as a respondent.
11 **IT IS SO ORDERED.**
12
13 **DATED:  January 24, 2007**
14
15 _____
   **IRMA E. GONZALEZ, Chief Judge**
16 **United States District Court**