# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AARON NEWSOME,<br><br>　　　　　　　　　　　Petitioner,<br>vs.<br>STUART RYAN, Warden,<br><br>　　　　　　　　　　　Respondent. | CASE NO. 05cv1534-IEG(RBB)<br><br>Order Granting in Part Petitioner's Motion for a Certificate of Appealability |

　　　Petitioner Mario Aaron Newsome, a state prisoner proceeding *pro se*, has filed a notice of appeal and request for certification of appealability.

　　　A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a petitioner's claims have been denied on their merits, as here, a petitioner can meet the threshold "substantial showing of the denial of a constitutional right," by demonstrating that: (1) the issues are debatable among jurists of reason; or (2) that a court could resolve the issues in a different manner; or (3) that the questions are adequate to deserve encouragement to proceed further. Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000), citing Slack v. McDaniel, 529 U.S. 473 (2000).

　　　Upon review, the Court GRANTS Petitioner a certificate of appealability as to his first and seventh claims for relief, that the trial court violated his confrontation rights under the Sixth Amendment when it allowed the prosecution to cross-examine several witnesses with their prior statements made to police investigators and recorded in their reports and that the trial court

erroneously admitted hearsay statements of witness Randy Smith.  As to Petitioner's remaining claims, the Court DENIES the request for a certificate of appealability.

**IT IS SO ORDERED**.

**DATED:  August 3, 2007**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**